| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF MINNESOTA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ■ Chapter 13 |

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy       04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Marc** <br> First name <br><br> **Robert** <br> Middle name <br><br> **Mickschl** <br> Last name and Suffix (Sr., Jr., II, III) | **Lea** <br> First name <br><br> **Merle** <br> Middle name <br><br> **Mickschl** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7542 | xxx-xx-8297 |

Debtor 1  **Marc Robert Mickschl**
Debtor 2  **Lea Merle Mickschl**                                    Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| **5. Where you live** | **309 North Badger Street**<br>**Caledonia, MN 55921**<br>Number, Street, City, State & ZIP Code<br><br>**HOUSTON**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Marc Robert Mickschl**
Debtor 2    **Lea Merle Mickschl**                                          Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **Minnesota** | **6/19/19** | **19-31990** |
| | **Minnesota** | **3/15/19** | **19-30764** |
| | | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

**11. Do you rent your residence?**

■ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Marc Robert Mickschl**
Debtor 2    **Lea Merle Mickschl**                                                            Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 4

Debtor 1     **Marc Robert Mickschl**
Debtor 2     **Lea Merle Mickschl**                                                                                    Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 **Marc Robert Mickschl**
Debtor 2 **Lea Merle Mickschl**                                                                 Case number *(if known)*

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Marc Robert Mickschl**                          **/s/ Lea Merle Mickschl**
**Marc Robert Mickschl**                              **Lea Merle Mickschl**
Signature of Debtor 1                                 Signature of Debtor 2

Executed on   **May 14, 2020**                        Executed on   **May 14, 2020**
              MM / DD / YYYY                                        MM / DD / YYYY

Debtor 1   **Marc Robert Mickschl**
Debtor 2   **Lea Merle Mickschl**                                        Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Craig W. Andresen**                     Date   **May 14, 2020**
Signature of Attorney for Debtor                    MM / DD / YYYY

**Craig W. Andresen #186557**
Printed name

**Craig W. Andresen, Attorney at Law**
Firm name

**2001 Killebrew Dr., Suite 150**
**Bloomington, MN 55425**
Number, Street, City, State & ZIP Code

Contact phone   **(952) 831-1995**           Email address

**#186557 MN**
Bar number & State

---

Official Form 101             **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

ACENTEK
207 E CEDAR STREET
HOUSTON MN 55943


ADMIN RECOVERY LLC
45 EARHART DR STE 102
BUFFALO NY 14221


ALLIED INTERSTATE
PO BOX 4000
WARRENTON VA 20188


ALLIED INTERSTATE
3000 CORPORATE EXCHANGE DRIVE
COLUMBUS OH 43236


ALLTRAN FINANCIAL, LP
P.O. BOX 722910
HOUSTON TX 77272-2910


AMERICAN FAMILY MUTUAL INS
6000 AMERICAN PARKWAY
MADISON WI 53783


ARSRAT
PO BOX 33720
DETROIT MI 48232


ASCENDIUM EDUCATION GROUP
2501 INTERNATIONAL LANE
MILWAUKEE WI 53704


BEST BUY
BEST BUY CREDIT SERVICES
PO BOX 688910
DES MOINES IA 50368-8910

```
BEST BUY / HSBC RETAIL
PO BOX 5238
CAROL STREAM IL 60197-5238


CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285


CAPITAL ONE
PO BOX 30281
SALT LAKE CITY UT 84130


CAPITAL ONE HELZBERG
PO BOX 30285
SALT LAKE CITY UT 84130


CITIBANK
PO BOX 6000
THE LAKES NV 89163-6000


CITIBANK
PO BOX 790034
SAINT LOUIS MO 63179


CITY OF CALEDONIA
231 EAST MAIN STREET
PO BOX 232
CALEDONIA MN 55921


COMENITY BANK
BANKRUPTCY DEPT
PO BOX 83043
COLUMBUS OH 43218-2273


COMENITY BANK HERBERGERS
PO BOX 182789
COLUMBUS OH 43218
```

COMENITY BANK TORID
PO BOX 182125
COLUMBUS OH 43218


COMENITY BANK VICTORIA SERCRET
PO BOX 182125
COLUMBUS OH 43218


CONVERGENT OUTSOURCING INC
800 SW 39TH ST
RENTON WA 98057


COULEE REGION MUNICIPAL COURT
415 MAIN STREET
ONALASKA WI 54650


CREDENCE RESOURCE MGMT LLC
PO BOX 1253
SOUTHGATE MI 48195-0253


CREDENCE RESOURCE MGMT LLC
PO BOX 2147
SOUTHGATE MI 48195-4147


CREDIT COLLECTION SERVICES
725 CANTON ST
NORWOOD MA 02062


CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193


CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

```
CULLIGAN
PO BOX 217
LA CROSSE WI 54603


DIRECT TV
507 PRUDENTIAL ROAD
HORSHAM PA 19044


DIRECT TV
610 WALTHAM WAY
MCCARRAN NV 89434


DIVERSIFIED ADJUSTMENT
PO BOX 32145
FRIDLEY MN 55432


DIVERSIFIED ADJUSTMENT
10550 DEERWOOD PARK BLVD #309
JACKSONVILLE FL 32256


DOLLAR GENERAL
C/O TRIDENT ASSET MGMT
PO BOX 888424
ATLANTA GA 30356


ERC
PO BOX 57610
JACKSONVILLE FL 32241


FITZPATRICK SKEMP & ASSOCIATES
123 7TH STREET SOUTH
LA CROSSE WI 54601


FMA ALLIANCE, LTD
PO BOX 2409
HOUSTON TX 77252-2409
```

```
FRED MEYERS JEWELER
SYNCHRONY BANK
PO BOX 960061
ORLANDO FL 32896-0061




GE CAPITAL RETAIL BANK
PO BOX 965004
ORLANDO FL 32896




GEICO
ONE GEICO PLAZA
BETHESDA MD 20810-0001




GENERAL ELECTRIC
C/O NATIONAL RECOVERY CENTER
PO BOX 620130
ATLANTA GA 30362




GENESIS BC CELTIC BANK
268 SOUTH STATE ST STE 300
SALT LAKE CITY UT 84111




GM FINANCIAL
PO BOX 78143
PHOENIX AZ 85062-8143




GM FINANCIAL
PO BOX 183621
ARLINGTON TX 76096-3621




GREAT LAKES HIGHER EDUCATION
2401 INTERNATIONAL LANE
MILWAUKEE WI 53704




HG ORTHODONTICS
1200 MAIN STREET
LA CROSSE WI 54601
```

```
HILLSIDE ANIMAL HOSPITAL
W5706 STATE HWY 33 TRUNK
LA CROSSE WI 54601




INGERSOLL RAND
2505 KENNEDY ST NE #2505
MINNEAPOLIS MN 55413




INTERNAL REVENUE SERVICE
STOP 5700
30 EAST 7TH STREET SUITE 1222
ST PAUL MN 55101-4940




INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346




KAY JEWELERS
PO BOX 740425
CINCINNATI OH 45274-0425




KAY JEWELERS
375 GHENT RD
AKRON OH 44333




KOHLS
PO BOX 2983
MILWAUKEE WI 53201




KOHLS
PO BOX 3115
MILWAUKEE WI 53201-3115




MARINE CREDIT UNION
127 WEST AVE NORTH
LA CROSSE WI 54601
```

```
MAURICES
PO BOX 4144
CAROL STREAM IL 60197-4144



MAY CLINIC
PO BOX 790339
SAINT LOUIS MO 63179-0339



MAYO CLINIC
200 FIRST ST. SW
ROCHESTER MN 55905-0199



MERCHANTS & MEDICAL
CREDIT CORPORATION
6324 TAYLOR DRIVE
FLINT MI 48507-4685



MESSERLI & KRAMER PA
3033 CAMPUS DR SUITE 250
PLYMOUTH MN 55441



MIDLAND CREDIT MANAGEMENT INC
2365 NORTHSIDE DRIVE STE 300
SAN DIEGO CA 92108



MINNESOTA ENERGY RESOURCES
PO BOX 6040
CAROL STREAM IL 60197-1515



MINNESOTA ENERGY RESOURCES
PO BOX 3140
MILWAUKEE WI 53201-3140



MN DEPT OF REVENUE
551 BKY SECTION CEU DEPT
PO BOX 64447
ST PAUL MN 55164
```

MN DEPT OF REVENUE
600 N ROBERT ST
SAINT PAUL MN 55101


MOORE SMILES DENTISTRY
1630 LOSEY BLVD SOUTH
LA CROSSE WI 54601


NATIONAL ENTERPRISE SYS INC
2479 EDISON BLVD UNIT A
TWINSBURG OH 44087-2340


PAWN AMERICA
1235 CROSSING MEADOWS
ONALASKA WI 54650


PINNACLE CREDIT SERVICES
PO BOX 10497
GREENVILLE SC 29603


PROFESSIONAL SERV BUREAU
911 LUND BLVD STE 100
PO BOX 548
ANOKA MN 55303


QUALIA COLLECTION SERVICES
PO BOX 4699
PETALUMA CA 94955


SELECT PORTFOLIO SERVICING
10401 DEERWOOD PARK BLVD
JACKSONVILLE FL 32256


SELECT PORTFOLIO SERVICING INC
PO BOX 65450
SALT LAKE CITY UT 84165-0450

```
SPRINT
PO BOX 4191
CAROL STREAM IL 60197-4191



SPRINT
CORPORATE HEADQUARTERS
2001 EDMUND HALLEY DR
RESTON VA 20191



ST MARYS HOSPITAL
1216 SECOND ST SW
ROCHESTER MN 55902



STRATFORD CAREER INSTITUTE
1 CHAPMLAIN COMMONS UNIT 3
SAINT ALBANS VT 05478



TIMOTHY B DURTSCHE DDS
615 SOUTH 10TH STREET
BRAINERD MN 56401-4768



US DEPARTMENT OF EDUCATION
400 MARYLAND AVENUE SW
WASHINGTON DC 20202



USCB CORPORATION
PO BOX 75
ARCHBALD PA 18403



VANTAGE SOURCING
4930 WEST STATE HWY 52
SUITE 1
DOTHAN AL 36305



VERIZON WIRELESS
PO BOX 96081
BELLEVUE WA 98009-9681
```

```
WILFORD GESKE & COOK
7616 CURRELL BLVD STE 200
WOODBURY MN 55125-2296
```